UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ISAIAH A. COOLEY  (#168079)

VERSUS                                             CIVIL ACTION

NURSE MAYO, ET AL                                  NUMBER 07-949-JVP-DLD

RULING ON MOTION FOR RECONSIDERATION

This matter is before the court on the plaintiff's motion for reconsideration. Record document number 17.

Plaintiff sought reconsideration of the court's ruling entered January 23, 2007 denying the plaintiff's motion for appointment of counsel. Plaintiff argued that he is indigent, hearing impaired, suffers from deteriorating health, and believes he will have difficulty litigating his claims without assistance of appointed counsel.

Considering the plaintiff's arguments asserted in his motion for reconsideration, and for the reasons set forth in the court's January 23, 2007 ruling denying appointment of counsel, the plaintiff's motion for reconsideration is denied.

Signed in Baton Rouge, Louisiana, on February 12, 2008.

**MAGISTRATE JUDGE DOCIA L. DALBY**