UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S.          OURT
              A

2008 MAR -5 P 4: 16

ISAIAH A. COOLEY   (#168079)

VERSUS                                          CIVIL ACTION

NURSE MAYO, ET AL                               NUMBER 07-949-JVP-DLD

RULING

Pro se plaintiff, an inmate confined at the Louisiana State
Penitentiary, Angola, Louisiana, filed this action pursuant to 42
U.S.C. § 1983 against nurse Mayo, nurse Lisa, Sgt. Mack, Sgt.
Donkey, Carmen Cain, Bruce Dodd, Dr. Huffman, Dr. Sylvester and
Louisiana Department of Public Safety and Corrections Secretary
Richard L. Stalder.  Plaintiff alleged that he was food poisoned
and denied adequate medical treatment in violation of his
constitutional rights.

Plaintiff also filed a second motion for a temporary
restraining order seeking an order directing the defendants to have
the plaintiff transported to a hospital outside of the prison
system for treatment and to assign him to T/U extended lockdown.
Record document number 23.

In order to determine whether to issue a preliminary
injunction the court must consider four factors:[1]

1.    the significance of the threat of irreparable

---

[1]  Wright and Miller, Federal Practice and Procedure: Civil,
§ 2948, et seq.

harm to the plaintiff if the injunction is not granted;

2.    the state of balance between this harm and the injury that granting the injunction would inflict on the defendant;

3.    the probability that the plaintiff will succeed on the merits; and

4.    the public interest.

It is unlikely that the plaintiff will prevail on his claims against the defendants.  Any harm which may come to the plaintiff is likely to be minor rather than irreparable and it can be compensated for monetarily should the plaintiff prevail in this action.

Additionally, the public interest in the issuance or denial of a preliminary injunction is minimal or non-existent in this case.

The plaintiff has not shown the exceptional circumstances needed for issuance of a temporary restraining order of the sort the plaintiff seeks.  Therefore, his request for a temporary restraining order is denied.

Baton Rouge, Louisiana, March ___5___, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE