UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ISAIAH A. COOLEY (#168079)

VERSUS                                             CIVIL ACTION NO.: 07-949-JVP-DLD

NURSE MAYO, ET AL

## JUDGMENT

Considering the court's ruling of July 9, 2008;

IT IS ORDERED that judgment is entered in favor of defendants, Richard Stalder, Nurse Mayo, Nurse Lisa, unknown Mackmill, unknown Duncan, Burl Cain, Bruce Dodd, Dr. Huffman, unknown Donkey, John Doe, and Dr. Sylvester, and against plaintiff, Isaiah A. Cooley.

IT IS FURTHER ORDERED that plaintiff's complaint is hereby dismissed for failure to exhaust available administrative remedies pursuant to 42 U.S.C. § 1997e(a), and with prejudice to refiling them in forma pauperis status pursuant to *Underwood v. Wilson*, 151 F.3d at 296 (5th Cir. 1998).

Baton Rouge, Louisiana, July 10, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA